UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **09-CV-81652-Marra-Johnson**

KENYATTA L. THOMAS,

     Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC.,

     Defendant.

_____/

```
FILED by    VT    D.C.
ELECTRONIC

Nov. 2, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, KENYATTA L. THOMAS, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4.      Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC, is a limited liability company and citizen of the State of Georgia with its principal place of business at Suite 150, 1130 Northchase Parkway, Marietta, Georgia 30067.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

> Between November 21, 2008 and December 5, 2008
> This call is for Kenyatta Thomas. This is Andrea. I need you to call me back at 866-664-2513. My extension is 2241.

> Between November 21, 2008 and December 5, 2008. Pre-recorded Message
> This is not a sales or solicitation call. This is an important business matter that needs your attention. Please return this call to 1-866-664-2513 during

2

our normal business hours, which are Monday and Friday 8 to 5, and Tuesday through Thursday 12 noon to 9 PM. Again, this is an important business matter that needs your attention. Thank you.

Between November 21, 2008 and December 5, 2008
Yes, this message is for Kenyatta Thomas. Kenyatta Thomas, my name is Isaac Barry. You need to contact me Mrs. Thomas once you receive this message. The number to reach me is 1-800-897-8296, and my extension is 2216.

Between November 21, 2008 and December 5, 2008. Pre-recorded Message
This is not a sales or solicitation call. This is an important business matter that needs your attention. Please return this call to 1-866-664-2513 during our normal business hours, which are Monday and Friday 8 to 5, and Tuesday through Thursday 12 noon to 9 PM. Again, this is an important business matter that needs your attention. Thank you.

Between November 21, 2008 and December 5, 2008
Kenyatta Thomas, contact Ms. Meckey please at 866-664-2513, extension 2206.

December 5, 2008. Pre-recorded Message
This is not a sales or solicitation call. This is an important business matter that needs your attention. Please return this call to 1-866-664-2513 during our normal business hours, which are Monday and Friday 8 to 5, and Tuesday through Thursday 12 noon to 9 PM.  Again, this is an important business matter that needs your attention. Thank you.

Between December 10, 2008 and December 15, 2008. Pre-recorded Message
This is not a sales or solicitation call. This is an important business matter that needs your attention. Please return this call to 1-866-664-2513 during our normal business hours, which are Monday and Friday 8 to 5, and Tuesday through Thursday 12 noon to 9 PM. Again, this is an important business matter that needs your attention. Thank you.

Between December 10, 2008 and December 15, 2008. Pre-recorded Message
This is not a sales or solicitation call. This is an important business matter that needs your attention. Please return this call to 1-866-664-2513 during our normal business hours, which are Monday and Friday 8 to 5, and

Tuesday through Thursday 12 noon to 9 PM. Again, this is an important business matter that needs your attention. Thank you.

December 16, 2008, 11:41 AM. Pre-recorded Message
This is not a sales or solicitation call. This is an important business matter that needs your attention. Please return this call to 1-866-664-2513 during our normal business hours, which are Monday and Friday 8 to 5, and Tuesday through Thursday 12 noon to 9 PM. Again, this is an important business matter that needs your attention. Thank you.

December 16, 2008, 11:57 AM. Pre-recorded Message
This is not a sales or solicitation call. This is an important business matter that needs your attention. Please return this call to 1-866-664-2513 during our normal business hours, which are Monday and Friday 8 to 5, and Tuesday through Thursday 12 noon to 9 PM. Again, this is an important business matter that needs your attention. Thank you.

December 20, 2008. Pre-recorded Message
This is not a sales or solicitation call. This is an important business matter that needs your attention. Please return this call to 1-866-664-2513 during our normal business hours, which are Monday and Friday 8 to 5, and Tuesday through Thursday 12 noon to 9 PM. Again, this is an important business matter that needs your attention. Thank you.

December 26, 2008. Pre-recorded Message
L. Thomas. This is not a sales or solicitation call. This is an important business matter that needs your attention. Please return this call to 1-866-664-2513 during our normal business hours, which are Monday and Friday 8 to 5, and Tuesday through Thursday 12 noon to 9 PM. Again, this is an important business matter that needs your attention. Thank you.

Between December 27, 2008 and January 2, 2009. Pre-recorded Message
This is not a sales or solicitation call. This is an important business matter that needs your attention. Please return this call to 1-866-664-2513 during our normal business hours, which are Monday and Friday 8 to 5, and Tuesday through Thursday 12 noon to 9 PM. Again, this is an important business matter that needs your attention. Thank you.

Between January 2, 2009 and January 13, 2009. Pre-recorded Message

Hello, please contact Julie Lewis at 866-918-2469 regarding a personal business matter. Again, that number is 866-918-2469. Thank you.

<u>Between January 13, 2009 and January 19, 2009. Pre-recorded Message</u>
Hello, please contact Julie Lewis at 866-918-2469 regarding a personal business matter. Again, that number is 866-918-2469. Thank you.

<u>Between January 19, 2009 and January 26, 2009. Pre-recorded Message</u>
Hello, please contact Julie Lewis at 866-918-2469 regarding a personal business matter. Again, that number is 866-918-2469. Thank you.

<u>Between January 26, 2009 and January 28, 2009. Pre-recorded Message</u>
Hello, please contact Julie Lewis at 866-918-2469 regarding a personal business matter. Again, that number is 866-918-2469. Thank you.

<u>January 31, 2009. Pre-recorded Message</u>
Hello, please contact Julie Lewis at 866-918-2469 regarding a personal business matter. Again, that number is 866-918-2469. Thank you.

<u>February 3, 2009. Pre-recorded Message</u>
Hello, please contact Julie Lewis at 866-918-2469 regarding a personal business matter. Again, that number is 866-918-2469. Thank you.

<u>February 9, 2009. Pre-recorded Message</u>
918-2469. Thank you.

<u>February 13, 2009, Pre-recorded Message</u>
Hello, please contact Julie Lewis at 866-918-2469 regarding a personal business matter. Again, that number is 866-918-2469. Thank you.

<u>February 13, 2009, Pre-recorded Message</u>
918-2469. Thank you.

<u>February 18, 2009. Pre-recorded Message</u>
918-2469. Thank you.

<u>February 25, 2009. Pre-recorded Message</u>

6-918-2469 Thank you.

11.    Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12.    The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.    Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14.    Plaintiff incorporates Paragraphs 1 through 13.

15.    Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.    Damages;

        b.    Attorney's fees, litigation expenses and costs of suit; and

6

c.      Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.      Plaintiff incorporates Paragraphs 1 through 13.

17.      Defendant placed telephone calls to Plaintiff without making

meaningful disclosure of its identity when it failed to disclose its name and the

purpose of Defendant's communication in the telephone messages in violation of

15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-

61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September

23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga.

1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18.      Plaintiff incorporates Paragraphs 1 through 13.

19.      Defendant caused Plaintiff's telephone to ring repeatedly or

continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

7

§1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.      Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

20.    Plaintiff incorporates Paragraphs 1 through 13.

21.    Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name and that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.      Damages;

      b.      Attorney's fees, litigation expenses and costs of suit;

      c.      declaring that Defendant's practices violate the FCCPA;

8

d.    permanently injoining Defendant from engaging in the

complained of practices; and

e.    Such other or further relief as the Court deems proper.

**COUNT V**
**HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER**
**COLLECTION PRACTICES ACT**

22.    Plaintiff incorporates Paragraphs 1 through 13.

23.    By failing to disclose its name, that it is a debt collector and the

purpose of its communication, and by telephoning Plaintiff with such frequency as

can be reasonably be expected to harass, Defendant willfully engaged in conduct

the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit;

c.    declaring that Defendant's practices violate the FCCPA;

d.    permanently injoining Defendant from engaging in the

complained of practices; and

e.    Such other or further relief as the Court deems proper.

**JURY DEMAND**

Plaintiff demands trial by jury.

Dated this ___2___ day of November, 2009.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com

By:_____
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658

10

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Kenyatta L. Thomas

**DEFENDANTS**

Focus Receivables Management, LCC

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) PALM BEACH

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:       IN LAND CONDEMNATION CASES, USE THE LOCATION
OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842

FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

*9:09cv81652-KAm-Johnson*

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II.** BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III.** CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Case Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| | | | | (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) | |
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV.** CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** __1-2__ days estimated (for both sides) to try entire case 15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability   ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander   ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability   **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine   ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 345 Marine Product Liability   ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability   ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | **B PRISONER PETITIONS** | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence Habeas Corpus | | |
| | | ☐ 530 General* | | |
| | | ☐ 535 Death Penalty | | |
| | | ☐ 540 Mandamus & Other* | | |
| | | ☐ 550 Civil Rights *A or B | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1. Original Proceeding   ☐ 2 Removed from State Court   ☐ 3. Remanded from Appellate Court   ☐ 4. Refiled   ☐ 5. Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A ☐ UNDER F.R.C.P 23 CLASS ACTION No   DEMAND $ N/A   ☐ Check YES only if demanded in complaint JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   DOCKET NUMBER

DATE: November 2, 2009   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. *547940*   Amount: *350 00*
Date Paid:   M/ifp:

S/F 1-2
REV. 9/94